# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SLEVEN LAMAR JENKINS, | ) | Case No. CV 09-73 DMG (MRW) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| A. HEDGPETH, | ) | UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge.[1] Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: March 25, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed the record, including Petitioner's objections to the Report and Recommendation and the notice of the prior assigned District Judge's self-recusal. Petitioner's requests for judicial notice of those documents [Doc. ## 112, 119] are therefore denied as moot.