UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SLEVEN LAMAR JENKINS, | ) | Case No. CV 09-73 DMG (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| A. HEDGPETH, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 25, 2013        _____
                            DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE